# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

| | | |
|---|---|---|
| THOMAS PAUL REED | 4:21-cv-01104-JM-JJV | PLAINTIFFS |
| JOSEPH YARBERRY, JR. | 4:21-cv-01107-JM-JJV | |
| MICHAEL KNOWLTON | 4:21-cv-01110-JM-JJV | |
| ZANE HORTON | 4:21-cv-01111-JM-JJV | |
| JUSTIN T. CESTARO | 4:21-cv-01112-JM-JJV | |
| JUSTIN LYNN COOTS | 4:21-cv-01113-JM-JJV | |
| BRIAN DUNCAN | 4:21-cv-01116-JM-JJV | |
| DURAN MOORE | 4:21-cv-01117-JM-JJV | |
| JONATHAN R. MORGAN | 4:21-cv-01118-JM-JJV | |
| ANGELO BUTLER | 4:21-cv-01119-JM-JJV | |
| JOSH WILSON | 4:21-cv-01120-JM-JJV | |
| HOWARD L. WILSON | 4:21-cv-01121-JM-JJV | |
| RENE VALDEZ | 4:21-cv-01122-JM-JJV | |
| BRIAN KEITH SCROGGINS | 4:21-cv-01123-JM-JJV | |
| CRAIG STONE | 4:21-cv-01125-JM-JJV | |
| MICHAEL SANDERS | 4:21-cv-01129-JM-JJV | |
| FORTARUS STANCIL | 4:21-cv-01130-JM-JJV | |
| DEVONTA MCDONALD | 4:21-cv-01132-JM-JJV | |

v.

DOES                                                                                                                    DEFENDANTS

## ORDER

On November 16, 2021, twenty-six individuals at the Lonoke County Detention Facility attempted to file a joint, *pro se* Complaint alleging unknown jailers violated their constitutional rights as protected by 42 U.S.C. § 1983. Pursuant to Court policy, the Clerk severed the Complaint into twenty-six separate lawsuits. On November 18, 2021, the Court ordered each of the plaintiffs to either pay the full $402 filing fee or file a properly completed IFP Application. The necessary forms were provided, and plaintiffs were warned the failure to do so within thirty days would result in the dismissal of their individual lawsuits pursuant to Local Rule 5.5(c)(2). Eight of the plaintiffs voluntarily dismissed their lawsuits. However, the remaining eighteen plaintiffs listed in the caption of this Order have not complied with the November 18, 2021 Order,

and the time to do so has expired.

IT IS THEREFORE ORDERED THAT the cases listed in the caption of this Order are DISMISSED without prejudice due to a lack of prosecution. It is certified that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

DATED this 27th day of December 2021.

_____
UNITED STATES DISTRICT JUDGE